IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ALBERTO XIC, § | |
|     Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. 3:17-CV-137 |
| § | |
| RANDALL TEAM LIMITED LIABILITY § | |
| COMPANY d/b/a GALVESTON WASHATERIA, § | |
| JAMIE RANDALL, INDIVIDUALLY, and § | |
| JEFFREY RANDALL, INDIVIDUALLY § | |

### DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

Defendants file their Certificate of Interested Persons in accordance with this Court's Order, and would respectfully show that the interested persons are as follows:

1. Alberto Xic
   c/o Mark Siurek
   WARREN & SIUREK, LLP
   3334 Richmond Ave., Suite 100
   Houston, TX 77098
   Plaintiff

2. Randall Team Limited Company d/b/a Galveston Washateria
   c/o Marcus L. Stevenson
   The Stevenson Law Firm, P.C.
   6302 W. Broadway, Suite 120
   Pearland, TX 77581
   Defendant

3. Jamie T. Randall & Jeffrey Randall
   c/o Marcus L. Stevenson
   The Stevenson Law Firm, P.C.
   6302 W. Broadway, Suite 120
   Pearland, TX 77581
   Defendants

4. Marcus L. Stevenson
   THE STEVENSON LAW FIRM, P.C.
   6302 W. Broadway, Suite 120
   Pearland, TX 77581
   Attorney for Defendants

Respectfully Submitted,

**THE STEVENSON LAW FIRM, P.C.**

/s/ Marcus L. Stevenson
Marcus L. Stevenson
Federal Bar No. 22561
6302 W. Broadway, Suite 120
Pearland, Texas 77581
Tel. (832) 413-5222
Fax (832) 413-5224
Email: mstevenson@mlslegal.com

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 20, 2017 I electronically filed the foregoing document with the United States District Court for the Southern District of Texas by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system.

By: /s/ Marcus L. Stevenson
    **Marcus L. Stevenson**

Mr. Mark Siurek
Fed ID# 9417
Ms. Patricia Haylon
Fed ID# 13941
3334 Richmond Ave., Suite 100
Houston, TX 77098
Tel. 713-522-0066
Fax 713-522-9977
Email: msiurek@warrensiurek.com
Email: thaylon@warrensiurek.com

**ATTORNEYS FOR PLAINTIFF**